UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDUARDO HERAZ LEON,

      Petitioner,

v.                             Case No. 3:25-cv-1334-MMH-SJH

SECRETARY KRISTI NOEM,
et al.,

      Respondents.
_____

## ORDER

In light of Respondents' Notice of Removal (Doc. 7) advising that Petitioner was removed from the United States on December 23, 2025, it is

**ORDERED:**

1. The Petition (Doc. 1) is **DISMISSED as moot**.

2. The **Clerk** shall enter judgment dismissing this case as moot, terminate any pending motions, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 5th day of January, 2026.

MARCIA MORALES HOWARD
United States District Judge

Jax-9 1/5
c:    Counsel of Record